Kaleeca GRIFFIN; Kimmico Blackman, for herself and her natural children Kaleeca Griffin and Charles Blackman, Jr., Plaintiffs—Appellants,

v.

Charles BLACKMAN, Sr.; Walter Jackson; Riverside County Sheriffs Department; County of Riverside; Does 1–100, inclusive, Defendants—Appellees.

No. 98–56240.

D.C. No. CV–98–00586–R.

United States Court of Appeals, Ninth Circuit.

April 2, 2002.

Before THOMPSON, W. FLETCHER, and FISHER, Circuit Judges.

ORDER

The appeal is DISMISSED. Each party shall bear its own costs.